| | |
|---|---|
| Joseph M. Alioto (SBN 42680) | Jeffrey K. Rosenberg (SBN 264902) |
| Theresa D. Moore (SBN 99978) | JRosenberg@mofo.com |
| Jamie Miller (SBN 271452) | MORRISON & FOERSTER LLP |
| ALIOTO LAW FIRM | 1290 Avenue of the Americas |
| One Sansome Street, Suite 3500 | New York, New York 10104 |
| San Francisco, CA 94104 | Telephone: 212.468.8000 |
| Telephone: 415.434.8900 | Facsimile: 212.468.7900 |
| Facsimile: 415.434.9200 | |
| jmiller@aliotolaw.com | *Attorney for Defendants* |
| tmoore@aliotolaw.com | BANK OF AMERICA CORPORATION; |
| | BANK OF AMERICA, N.A. |

Lingel H. Winters (SBN 37759)
LAW OFFICE OF
LINGEL H. WINTERS
275 Battery Street, Suite 2600
San Francisco, CA 94111
Telephone: 415.398.2941
Facsimile: 415.393.9887
Sawmill2@aol.com

[ADDITIONAL COUNSEL APPEAR ON PAGE 5]

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN SALVESON, an individual, EDWARD LAWRENCE, an individual, DIANNA LAWRENCE, an individual, and WENDY M. ADAMS, an individual on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE & CO; J.P. MORGAN BANK, N.A.; BANK OF AMERICA CORPORATION; BANK OF AMERICA N.A.; CAPITAL ONE F.S.B.; CAPITAL ONE FINANCIAL CORPORATION; CAPITAL ONE BANK; HSBC FINANCE CORPORATION; HSBC BANK USA, N.A.; HSBC NORTH AMERICAN HOLDINGS, INC.; HSBC HOLDINGS, PLC,<br><br>Defendants. | Case No. 4:13-cv-05816-SBA<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AS TO DEADLINES FOR MOTION PRACTICE**<br><br>Hon. Saundra Brown Armstrong |

Pursuant to Local Rule 6-2(a), it is hereby stipulated by Plaintiffs Melvin Salveson, Edward Lawrence, Dianna Lawrence, and Wendy M. Adams ("Plaintiffs") and Defendants JP Morgan Chase & Co; J.P. Morgan Bank, N.A.; Bank of America Corporation; Bank of America N.A.; Capital One F.S.B.; Capital One Financial Corporation; Capital One Bank; HSBC Finance Corporation; HSBC Bank USA, N.A.; HSBC North American Holdings, Inc.; and HSBC Holdings, PLC ("Defendants") as follows:

WHEREAS, Plaintiffs filed the Class Action Complaint (the "Complaint") in this case on December 16, 2013;

WHEREAS, the parties have previously stipulated to a modification of Defendants' time to respond to the Complaint;

WHEREAS, Defendants will file a Motion to Dismiss on or before March 28, 2014;

WHEREAS, Plaintiffs have indicated their intention to file a Motion for Collateral Estoppel;

WHEREAS, the parties agree that it would be efficient for the Court to hear the Motion to Dismiss and Motion for Collateral Estoppel at the same time;

ACCORDINGLY, in light of the complex issues and complex factual and procedural background in this case, the parties have agreed to a proposed briefing schedule for Defendants' Motion to Dismiss and Plaintiffs' Motion for Collateral Estoppel as described below;

Pursuant to Local Rule 6-2(a), IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, as follows:

1. Plaintiffs shall file their opposition to Defendants' Motion to Dismiss, on or before May 16, 2014;

2. Defendants shall file their reply in support of their Motion to Dismiss, on or before June 10, 2014;

3. Plaintiffs shall file their Motion for Collateral Estoppel on or before March 28, 2014;

4. Defendants shall file their opposition to Plaintiffs' Motion for Collateral Estoppel, on or before May 16, 2014;

5. Plaintiffs shall file their reply in support of their Motion for Collateral Estoppel, on or before June 10, 2014.

Dated: February 5, 2014

JOSEPH M. ALIOTO
THERESA D. MOORE
JAMIE MILLER
**ALIOTO LAW FIRM**

LINGEL H. WINTERS
**LAW OFFICE OF LINGEL H. WINTERS**

By: /s/ Joseph M. Alioto
    Joseph M. Alioto

*Attorneys for Plaintiffs*

Dated: February 5, 2014

JEFFREY K. ROSENBERG
**MORRISON & FOERSTER LLP**

By: /s/ Jeffrey K. Rosenberg
    Jeffrey K. Rosenberg

*Attorney for Defendants*
BANK OF AMERICA CORPORATION;
BANK OF AMERICA, N.A.

TIMOTHY A. MILLER
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: /s/ Timothy A. Miller
    Timothy A. Miller

*Attorney for Defendants*
JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A.

ANDREW J. FRACKMAN
**O'MELVENY & MYERS LLP**


By: /s/ Matt Powers
    Matt Powers

*Attorney for Defendants*
CAPITAL ONE F.S.B.; CAPITAL ONE FINANCIAL CORPORATION; CAPITAL ONE BANK.


MICHAEL A. MUGMON
**WILMER CUTLER PICKERING HALE AND DORR LLP**


By: /s/ Michael A. Mugmon
    Michael A. Mugmon

*Attorney for Defendants*
HSBC FINANCE CORPORATION; HSBC BANK USA, N.A.; HSBC NORTH AMERICA HOLDINGS, INC.; HSBC HOLDINGS, PLC

# ADDITIONAL COUNSEL FOR DEFENDANTS

Timothy A. Miller (SBN 154744)
timothy.miller@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
525 University Avenue
Palo Alto, CA 94301
Tel: 650.470.4620
Fax: 650.470.4570
*Attorney for Defendants*
JPMORGAN CHASE & CO.;
JPMORGAN CHASE BANK, N.A.


Michael A. Mugmon (SBN 251958)
michael.mugmon@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
950 Page Mill Rd
Palo Alto, CA 94304
Tel:  650.858.6103
Fax: 650.858.6100
*Attorney for Defendants*
HSBC FINANCE CORPORATION;
HSBC NORTH AMERICA HOLDINGS INC.;
HSBC BANK USA, N.A;
HSBC HOLDINGS, PLC


Andrew J. Frackman (admitted *pro hac vice*)
Abby F. Rudzin (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
7 Times Square, New York, NY 10036
Tel: 212.326.2000
Fax: 212.326.2061

Matt Powers (SBN 212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Tel: 415.984.8898
Fax: 415.984.8701
*Attorneys for Defendants*
CAPITAL ONE F.S.B.;
CAPITAL ONE FINANCIAL CORPORATION;
CAPITAL ONE BANK

**ECF ATTESTATION**

I, Jeffrey K. Rosenberg, am the ECF User whose ID and Password are being used to file this:

**JOINT STIPULATION AS TO DEADLINES FOR MOTION PRACTICE**

In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Joseph M. Alioto, Timothy A. Miller, Andrew J. Frackman, and Michael A. Mugmon concurred in this filing.

Dated: February 5, 2014   MORRISON & FOERSTER LLP


By: /s/ Jeffrey K. Rosenberg
    Jeffrey K. Rosenberg

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED THAT:

1. Plaintiffs shall file their opposition to Defendants' Motion to Dismiss, on or before May 16, 2014;

2. Defendants shall file their reply in support of their Motion to Dismiss, on or before June 10, 2014;

3. Plaintiffs shall file their Motion for Collateral Estoppel on or before March 28, 2014;

4. Defendants shall file an opposition to Plaintiffs' Motion for Collateral Estoppel, on or before May 16, 2014;

5. Plaintiffs shall file their reply in support of their Motion for Collateral Estoppel, on or before June 10, 2014.

Dated: March 6, 2014

_____
Honorable Saundra Brown Armstrong
United States District Judge