UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MELVIN SALVERSON, an individual, et al., | Case No: C 13-5816 SBA |
| Plaintiffs, | **ORDER** |
| vs. | |
| JP MORGAN CHASE & CO; et al., | |
| Defendants. | |

1. The hearing on Defendants' forthcoming joint motion to dismiss will take place on July 15, 2014, at 1:00 p.m.[1] Pursuant to Civil Local Rule 7-1(b), the Court may resolve the motion without oral argument. The parties are advised the check the Court's website to determine whether an appearance on the motion is required.

2. The parties shall appear for a further telephonic Case Management Conference on August 13, 2014, at 2:30 p.m. At least seven (7) calendar days prior to the Case Management Conference, the parties shall meet and confer and file an Updated Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. See http://www.cand.uscourts.gov/sbaorders. The updated statement shall include, inter alia: a deadline for Plaintiffs to file their motion for class certification and a briefing schedule thereon; deadlines for amendment to the pleadings, fact and expert discovery, expert disclosures, and law and motion cut-off; and dates for the pretrial conference and trial. Defendants' counsel shall be responsible for filing the Updated Joint Case Management

---

[1] The location of the hearing is: 1300 Clay St., 2nd Floor, Courtroom 210, Oakland, CA 94612.

1 | Statement and setting up the conference call. At the date and time indicated above,
2 | Defendants' counsel shall call (510) 879-3550 with all parties on the line. NO PARTY
3 | SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR
4 | AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated: 3/27/14

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge