1  Joseph M. Alioto (SBN 42680)
   Theresa D. Moore (SBN 99978)
2  Jamie Miller (SBN 271452)
   ALIOTO LAW FIRM
3  One Sansome Street, Suite 3500
   San Francisco, California  94104
4  Telephone:  (415) 434-8900
   Facsimile: (415) 434-9200
5  Email:  jmiller@aliotolaw.com
   Email:  tmoore@aliotolaw.com
6

7  Lingel H. Winters, Esq. (State Bar No. 37759)
   LAW OFFICES OF LINGEL H. WINTERS
8  275 Battery Street, Suite 2600
   San Francisco, California 94111
9  Tel:  (415) 398-2941
   Fax:  (415) 393-9887
10 Email:  sawmill2@aol.com

11 Attorneys for Plaintiffs
   And All Others Similarly Situated
12 [ADDITIONAL COUNSEL APPEAR ON
   LAST PAGE]
13

14              **UNITED STATES DISTRICT COURT**

15              **NORTHERN DISTRICT OF CALIFORNIA**

16                    **OAKLAND DIVISION**

| | |
|---|---|
| 17  MELVIN SALVESON, an individual, <br> EDWARD LAWRENCE, an individual <br> 18  DIANNA LAWRENCE, an individual <br> and WENDY M. ADAMS, an individual on <br> 19  behalf of themselves and those similarly <br> situated, <br> 20 <br>                       Plaintiffs, <br> 21       v. <br> 22  JP MORGAN CHASE & CO; J.P. MORGAN <br> BANK, N.A.; BANK OF AMERICA <br> 23  CORPORATION; BANK OF AMERICA <br> N.A.; CAPITAL ONE F.S.B.; CAPITAL <br> 24  ONE FINANCIAL CORPORATION; <br> CAPITAL ONE BANK; HSBC FINANCE <br> 25  CORPORATION; HSBC BANK USA, N.A.; <br> HSBC NORTH AMERICAN HOLDINGS, <br> 26  INC.; HSBC HOLDINGS, PLC, <br> 27                      Defendants. | Case No:  4:13-cv-05816-SBA <br><br> **CLASS ACTION** <br><br> **PLAINTIFFS' OPPOSITION AND OBJECTION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS COMPLAINT AND TO ADMISSION OF THE MERCHANTS' COMPLAINT IN EVIDENCE** <br><br> Judge:     Hon. Saundra Brown Armstrong <br> Date:      July 15, 2014 <br> Time:      1:00 p.m. <br> Courtroom: 1, 4th Floor |

28 ///

1

1  Plaintiffs object to Defendants' Request For Judicial Notice of the Merchants' Second
2 Consolidated Amended Class Action Complaint in *Payment Card Interchange Fee And Merchant*
3 *Discount Antitrust Litigation* 1:05-md-1720-JG-JO (the "Merchants' Complaint") and to its
4 admission in evidence on the grounds of lack of relevance, lack of foundation and hearsay.  Fed. R.
5 Ev. 401, 403, 801. Defendants' Motion to Dismiss is limited to the issues of (1) *AGC* standing and
6 (2) standing under the Illinois Brick doctrine based on the allegations in the instant Complaint
7 (Def.'s Brief p. 4, lines 4-22.)
8  Since the merchants have been held to lack standing to sue under the Sherman Act by the
9 Ninth Circuit in *Kendall v. Visa U.S.A., Inc.*, 518 F.3d 1042 (9th Cir. 2008) and the Second Circuit
10 in *Paycom Billing Servs., Inc. v. MasterCard Int'l*, 467 F.3d 283, 286-87 (2d Cir. 2006), cited by
11 defendants, the Merchants' Complaint has no relevance.  See footnote 9 of Defendants' Brief, which
12 also states: "*See Interchange MDL*, 2013 WL 6510737, at *13(noting uncertainty that merchants
13 could establish direct purchaser status)."
14  Defendants' citation of *Kendall*, *supra*, and *Paycom*, *supra*, establishes that the Merchants'
15 Complaint is inadmissible for lack of relevance and lack of foundation.  Thus, not only have
16 Defendants failed to affirmatively show any relevance or foundation for admission of the Merchants'
17 Complaint, but by their own briefing, they have established that the Merchants' Complaint is not
18 relevant and lacks foundation.
19  Judicial notice may be denied where the material is not sufficiently relevant to the issues
20 raised in the instant Complaint.  *Hart v. Parks* (9th Cir. 2006) 450 F.3d 1059, 1063 fn. 2; *Great*
21 *Basin Mine Watch v. Hankins* (9th Cir. 2006) 456 F.3d 955, 975-976; *Cervantes v. Country-wide*
22 *Home Loans, Inc.* (9th Cir. 2011) 656 F.3d 1034, 1041 fn. 1.  Judicial notice may not be taken of a
23 matter that is not beyond reasonable dispute, such as the Merchants' Complaint.  *Lee v. City of Los*
24 *Angeles* (9th Cir. 2001) 250 F.3d 668, 689.
25  Plaintiffs object to Defendants' Request for Judicial Notice and the Merchants' Complaint on
26 the grounds of lack of relevance, lack of foundation and hearsay.
27 ///
28 ///

Defendants' Request For Judicial Notice should be denied and/or the Merchants' Complaint ruled inadmissible.

Respectfully Submitted,

**ALIOTO LAW FIRM**

Dated:  May 15, 2014               By:      */s/ Joseph M. Alioto*
                                            JOSEPH M. ALIOTO
                                            Attorneys for Plaintiffs

**LAW OFFICES OF LINGEL H. WINTERS**

Dated:  May 15, 2014               By:      */s/ Lingel H. Winters*
                                            LINGEL H. WINTERS
                                            Attorneys for Plaintiffs

**PLAINTIFF'S COUNSEL**

Joseph M. Alioto, SBN 42680
Theresa D. Moore, SBN 99978
Jaime Miller
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, California  94104
Telephone: (415)  434-8900
Facsimile:  (415) 434-9200
Email:         jmiller@aliotolaw.com
Email:         tmoore@aliotolaw.com

Jeffery K. Perkins, SBN 57996
LAW OFFICES OF JEFFERY K. PERKINS
1550-G Tiburon Boulevard, Box 344
Tiburon, California  94920
Telephone: (415) 302-1115
Facsimile:  (415) 435-4053
Email:         jefferykperkins@aol.com

John H. Boone SBN 44876
LAW OFFICE OF JOHN H. BOONE
4319 Sequoia Dr.
Oakley, California  94561
Telephone: (415) 317-3001
Email:         deacon38@gmail.com

Lawrence G. Papale SBN 67068
Law Offices of Lawrence G. Papale
The Cornerstone Building
1308 Main Street, Suite 117
St. Helena, California  94574
Telephone: (707) 963-1704
Email: lapapale@papalelaw.com

Lingel H. Winters, SBN 37759
LAW OFFICES OF LINGEL H. WINTERS
275 Battery St. Suite 2600
San Francisco, California  94111
Telephone: (415) 398-2941
Facsimile: (415) 393-9887
Attorneys for Plaintiff

Theodore Schwartz
Schwartz & Schwartz
7751 Carondelet Avenue, Suite 204
Clayton, Missouri  63105
Telephone:  (314) 863-4444
Facsimile:  (314) 862-4357
Email:  Theodore@schwartz-schwartz.com

**ECF ATTESTATION**

I, Lingel H. Winters, am the ECF User whose ID and Password are being used to file this:

**PLAINTIFFS' OPPOSITION AND OBJECTION TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS COMPLAINT AND TO ADMISSION OF THE MERCHANTS' COMPLAINT IN EVIDENCE**

In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Joseph M. Alioto concurred in this filing.

**LAW OFFICES OF LINGEL H. WINTERS**

Dated: May 15, 2014      By:      */s/ Lingel H. Winters*
                                   LINGEL H. WINTERS
                                   Attorneys for Plaintiffs