Joseph M. Alioto (SBN 42680)
Theresa D. Moore (SBN 99978)
Jamie Miller (SBN 271452)
ALIOTO LAW FIRM
One Sansome Street, Suite 3500
San Francisco, California 94104
Telephone: (415) 434-8900
Facsimile: (415) 434-9200
Email: jmiller@aliotolaw.com
Email: tmoore@aliotolaw.com

Lingel H. Winters, Esq. (State Bar No. 37759)
LAW OFFICES OF LINGEL H. WINTERS
275 Battery Street, Suite 2600
San Francisco, California 94111
Tel: (415) 398-2941
Fax: (415) 393-9887
Email: sawmill2@aol.com

Attorneys for Plaintiffs
And All Others Similarly Situated
[ADDITIONAL COUNSEL APPEAR ON LAST PAGE]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MELVIN SALVESON, an individual, EDWARD LAWRENCE, an individual DIANNA LAWRENCE, an individual and WENDY M. ADAMS, an individual on behalf of themselves and those similarly situated,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>JP MORGAN CHASE & CO; J.P. MORGAN BANK, N.A.; BANK OF AMERICA CORPORATION; BANK OF AMERICA N.A.; CAPITAL ONE F.S.B.; CAPITAL ONE FINANCIAL CORPORATION; CAPITAL ONE BANK; HSBC FINANCE CORPORATION; HSBC BANK USA, N.A.; HSBC NORTH AMERICAN HOLDINGS, INC.; HSBC HOLDINGS, PLC,<br><br>　　　　　　　Defendants. | Case No: 4:13-cv-05816-SBA<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Judge:　　Hon. Saundra Brown Armstrong<br>Date:　　　July 15, 2014<br>Time:　　　1:00 p.m.<br>Courtroom:　1, 4th Floor |

///

1  After review and consideration of the parties' briefing and due consideration of the
2  arguments of counsel, the Court hereby DENIES Defendants' Motion to Dismiss Plaintiffs'
3  Complaint.
4  **IT IS SO ORDERED.**
5
6  Dated: _____, 2014   _____
7  HONORABLE SAUNDRA BROWN ARMSTRONG
   United States District Court Judge

# **PLAINTIFF'S COUNSEL**

Joseph M. Alioto, SBN 42680
Theresa D. Moore, SBN 99978
Jaime Miller
ALIOTO LAW FIRM
225 Bush Street, 16th Floor
San Francisco, California  94104
Telephone: (415)  434-8900
Facsimile:  (415) 434-9200
Email:        jmiller@aliotolaw.com
Email:        tmoore@aliotolaw.com

Jeffery K. Perkins, SBN 57996
LAW OFFICES OF JEFFERY K. PERKINS
1550-G Tiburon Boulevard, Box 344
Tiburon, California  94920
Telephone: (415) 302-1115
Facsimile:  (415) 435-4053
Email:        jefferykperkins@aol.com

John H. Boone SBN 44876
LAW OFFICE OF JOHN H. BOONE
4319 Sequoia Dr.
Oakley, California  94561
Telephone: (415) 317-3001
Email:        deacon38@gmail.com

Lawrence G. Papale SBN 67068
Law Offices of Lawrence G. Papale
The Cornerstone Building
1308 Main Street, Suite 117
St. Helena, California  94574
Telephone: (707) 963-1704
Email: lapapale@papalelaw.com

Lingel H. Winters, SBN 37759
LAW OFFICES OF LINGEL H. WINTERS
275 Battery St. Suite 2600
San Francisco, California  94111
Telephone: (415) 398-2941
Facsimile: (415) 393-9887
Attorneys for Plaintiff

Theodore Schwartz
Schwartz & Schwartz
7751 Carondelet Avenue, Suite 204
Clayton, Missouri  63105
Telephone:  (314) 863-4444
Facsimile:  (314) 862-4357
Email:  Theodore@schwartz-schwartz.com

# ECF ATTESTATION

I, Lingel H. Winters, am the ECF User whose ID and Password are being used to file this:

**[PROPOSED] ORDER DENYING DEFENDANTS'**
**MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Joseph M. Alioto concurred in this filing.

**LAW OFFICES OF LINGEL H. WINTERS**

Dated: May 15, 2014     By:     */s/ Lingel H. Winters*
                                 LINGEL H. WINTERS
                                 Attorneys for Plaintiffs