# MORRISON | FOERSTER

250 WEST 55TH STREET
NEW YORK, NY  10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS, DENVER,
HONG KONG, LONDON, LOS ANGELES,
NEW YORK, NORTHERN VIRGINIA,
PALO ALTO, SACRAMENTO, SAN DIEGO,
SAN FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

June 10, 2014

Writer's Direct Contact
212.468.8035
MLadner@mofo.com

Via ECF

The Honorable Judge John Gleeson
225 Camden Plaza East
Room 727 South
Brooklyn, New York 11201

Re:   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*,
      No. 14-MD-01720 (JG) (JO)
      *Salveson et al. v. JP Morgan Chase & Co. et al.*, No. 1:14-cv-03529

Dear Judge Gleeson:

We write on behalf of Defendants in the above-captioned *Salveson* case, which was originally filed in the United States District Court for the Northern District of California, and was transferred to this Court on June 4, 2014.

While transfer proceedings were pending before the United States Judicial Panel on Multidistrict Litigation, the Northern District of California entered a case management order, pursuant to which Defendants moved to dismiss the Complaint in its entirety on March 28, 2014.  Plaintiffs filed an opposition on May 15, and Defendants' reply deadline is today, June 10, 2014.  Accordingly, today Defendants are filing their reply in the Eastern District of New York.  A courtesy copy of the full briefing on the motion to dismiss will be promptly delivered to Chambers.

Defendants have requested oral argument on their motion to dismiss and respectfully request that the Court hear Defendants' motion during the already-scheduled July 11 hearing on the motions to dismiss in the opt-out actions.

Respectfully yours,


/s/ Mark P. Ladner
Mark P. Ladner

cc:   All Counsel of Record via ECF


ny-1146333