Law Offices<br>
Of<br>

# Lingel H. Winters

A PROFESSIONAL CORPORATION<br>
275 Battery St. Suite 2600<br>
SAN FRANCISCO, CALIFORNIA 94111<br>
(415) 398-2941

June 16, 2014

Honorable John Gleeson
Judge of the United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Salveson et al. v. JP Morgan Chase & Co. et al.* E.D.N.Y. No. 1:14-cv-03529-JG-JO
       *Salveson et al. v. JP Morgan Chase & Co. et al.* Case No. 14-MD-01720 (JG) (JO)

Dear Judge Gleeson,

The undersigned are Plaintiffs' counsel in the above *Salveson* Payment Cardholder case, which was transferred to your court by Order of the Panel on Multidistrict Litigation filed June 4, 2014. It is the only Cardholder case that we are aware of. *Salveson* is a straight-forward price-fixing case that alleges that Defendant Issuer banks fixed the price of Interchange Fees, which the Cardholders paid directly to their card Issuer banks from their accounts at their Issuer banks.

By letter dated June 10, 2014, the Defendant Issuer banks seek to have their Motion to Dismiss Plaintiffs' Complaint in *Salveson* added to the Court's calendar for July 11, 2014. Unfortunately, since Defendants did not meet and confer with plaintiffs' counsel regarding this request, and plaintiffs' counsel have prior commitments for that date, we request a later date at the Court's convenience. Moreover, since Defendants have raised a new issue—Article III standing—for the first time in their Reply Brief, plaintiffs' request permission to file a five page sur-reply on that issue.

In addition, not only have Defendants failed to meet and confer, but they are in default on their Rule 26 disclosures.

Yours truly,

s/ Joseph M. Alioto
s/Lingel H. Winters

cc:  All Counsel of Record via ECF