# ALIOTO LAW FIRM

ONE SANSOME STREET
35TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE (415) 434-8900
FACSIMILE (415) 434-9200

June 20, 2014

The Honorable John Gleeson,
Judge of the United States District Court
Eastern District of New York
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Salveson, et al. v. JP Morgan Chase, et al.*,
Case No: 1-14-cv-03529-JG-JO;
*In re: Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No: 14-md-1720-JG-JO

Dear Judge Gleeson:

Plaintiffs' counsel in the *Salveson* case, Joseph M. Alioto and Lingel H. Winters, respectfully respond to the June 19 Order of the Court that they will appear in person before the Court for oral argument on July 11, 2014.

Respectfully, for the information of the Court, the prior commitments involved family pre-wedding celebrations and dinner on July 11.

Respectfully submitted:

*/s/ Joseph M. Alioto*

Joseph M. Alioto

cc:  All Counsel Via ECF