UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION | Case No: 14-MD-01720 (JG) (JO) |
| This Document Applies to:<br>*Salveson, et al. v. JP Morgan Chase & Co., et al.* | Case No: 1:14-cv-03529 (JG) (JO)<br><br>ORAL ARGUMENT REQUESTED |

**NOTICE OF SALVESON PLAINTIFFS' MOTION AND MOTION TO VACATE THE JUDGMENT AND FOR RECONSIDERATION OR REARGUMENT PURSUANT TO LOCAL CIVIL RULE 6.3 OF NOVEMBER 26, 2014 ORDER AND DECEMBER 4, 2014 JUDGMENT**

PLEASE TAKE NOTICE THAT pursuant to Local Rule 6.3, Plaintiff Salveson ("Salveson") hereby moves, based upon this notice of motion, the memorandum in support thereof, the accompanying declaration of Joseph M. Alioto in support, for an order vacating the Judgment (entered on December 4) and granting reconsideration or reargument of the Court's November 26, 2014 order, on the grounds that the court has overlooked or misapprehended material points of fact and law, that make it proper for the Court to reconsider its November 26, 2014, order and vacate the December 4, 2014, judgment.

1

PLEASE TAKE FURTHER NOTICE that pursuant to Local Civil Rule 6.1(b), any opposing or answering memoranda and/or declarations shall be served on or before January 2, 2015.

**ALIOTO LAW FIRM**

Dated: December 18, 2014

By:  */s/ Joseph M. Alioto*
JOSEPH M. ALIOTO
ALIOTO LAW FIRM
One Sansome Street, 35th Floor
San Francisco, CA  94104
Telephone:  415-434-8900
Facsimile:  415-434-9200

*Attorneys for the Salveson Plaintiffs*

2