**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION**<br><br>**This Document Applies to:**<br>*Salveson, et al. v. JP Morgan Chase & Co., et al.* | **Main Docket Case No: 14-MD-01720 (JG) (JO)**<br><br>**Member Case No: 1:14-cv-03529 (JG) (JO)**<br><br>NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that Plaintiffs Melvin Salveson, Edward Lawrence, Dianna Lawrence, and Wendy M. Adams, individuals and on behalf of themselves and those similarly situated, hereby appeal to the United States District Court of Appeals for the Second Circuit from the Memorandum Opinion and Order dated November 26, 2014, and the judgment entered in this action on December 4, 2014.

Dated: January 5, 2015    **ALIOTO LAW FIRM**
San Francisco, California

                                     */s/ Joseph M. Alioto*
By:   JOSEPH M. ALIOTO
      ALIOTO LAW FIRM
      One Sansome Street, 35th Floor
      San Francisco, CA 94104
      Telephone: 415-434-8900
      Facsimile: 415-434-9200

*Attorneys for the Salveson Plaintiffs*