# ALIOTO LAW FIRM

ONE SANSOME STREET
35ᵀᴴ FLOOR
SAN FRANCISCO, CALIFORNIA  94104

TELEPHONE (415) 434-8900
FACSIMILE (415) 434-9200

January 9, 2015

The Honorable John Gleeson
Judge of the United States District Court
Eastern District of New York
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Salveson et al. v. JP Morgan Chase et al.*
   Case No:  1-14-cv-03529-JG-JO
   *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation,* Case No: 14-md-1720-JG-JO

Dear Judge Gleeson:

   The *Salveson* Plaintiffs respectfully wish to advise the Court that they have filed a precautionary Notice of Appeal.  Even though the *Salveson* Plaintiffs previously filed a Motion for Rehearing and/or Reconsideration pursuant to Local Civil Rule 6.3, our research indicated that the United States Court of Appeals for the Second Circuit did not list such a motion as extending the time in which to file a notice of appeal, if necessary.

   We believe that it is customary and ordinary practice that the time to file a notice of appeal extends from the time that the District Court determines a motion for reconsideration or rehearing.

   We also believe that such a motion as ours does in fact extend the time to file a notice of appeal until Your Honor decides the Motion.  However and nonetheless, we are concerned enough by the listings in the Second Circuit not to take chances.

   It is our hope that the Motion for Rehearing and/or Reconsideration will be heard, and that we will be able to withdraw the Notice of Appeal as premature.

**ALIOTO LAW FIRM**
Page 2

      We believe that the Court has the authority to extend the time to file a notice of appeal, if necessary, pending the resolution of the Motion for Rehearing and/or Reconsideration. We ask that the Court consider doing so.

      Respectfully submitted:

      */s/ Joseph M. Alioto*

      Joseph M. Alioto

cc: Counsel of Record via ECF