Law Offices
Of

# Lingel H. Winters
A PROFESSIONAL CORPORATION
275 Battery St. Suite 2600
San Francisco, California 94111
(415) 398-2941

May 8, 2015

Honorable Margo K. Brodie
Judge of the United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *Salveson v. JP Morgan Chase & Co. et al.*
       No. 1:14-cv-03529-MKB-JO; No. 1:14-md-01720-MKB-JO
       *Salveson* Plaintiffs' Motion to Vacate Judgment
       And Cross-Motion for Reconsideration etc.
       Dkt. #91

Dear Judge Brodie,

    We represent the *Salveson* plaintiffs in the above motions. The motions were fully briefed on February 5, 2015. Since Magistrate Judge Ornstein has set a status conference for May 26, 2015 at 2:00 p.m., we respectfully request that your Honor entertain our pending motions and our request for oral argument on that same date.

                Respectfully submitted,

                */s/ Lingel H. Winters*
                 Lingel H. Winters

                */s/ Joseph M. Alioto*
                 Joseph M. Alioto

                Interim Co-Lead Counsel for *Salveson* Plaintiffs